UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LINNELL RICHMOND, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 3:08-cv-163 |
| | ) | *Phillips* |
| DARREN SETTLES, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the plaintiff's motion for summary judgment is **DENIED**, the defendants' motion for summary judgment is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. All other pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                s/ Thomas W. Phillips
                United States District Judge

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
 CLERK OF COURT